**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| **LAURITSEN FIREWOOD & RENTAL, INC.,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**ZIEGLER, INC. (improperly named in the Complaint as "ZIEGLER CAT")[1] and AGCO CORPORATION,**<br><br>**Defendants.** | **CIVIL ACTION FILE NO.**<br><br>________________ |

**DEFENDANT AGCO CORPORATION'S NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant AGCO Corporation (hereinafter "AGCO"), hereby removes this action from the Circuit Court of Polk County, Wisconsin, to the United States District Court for the Western District of Wisconsin. As set forth below, this Court has subject matter jurisdiction over the claims alleged in this case, and the procedural requirements of removal have been satisfied:

1. On June 18, 2026, Plaintiff Lauritsen Firewood & Rental, Inc. ("Plaintiff" or "Lauritsen") commenced a civil action styled *Lauritsen Firewood & Rental, Inc. v. Ziegler CAT, et al.*, Case No. 2026CV000189, in the Circuit Court of Polk County, Wisconsin (the "State Court Action"), by filing a Summons and Complaint.

2. On September 15, 2026, Plaintiff filed an Amended Summons and Amended Complaint in the State Court Action.

[1] "Ziegler CAT" is a trade name under which Ziegler, Inc. does business and is not a legal entity. *See* ¶ 5. AGCO does not appear on behalf of Ziegler, Inc. and asserts no defenses on its behalf.

3. AGCO first received a copy of the Amended Summons and Amended Complaint on September 18, 2026, when copies of the same were served upon AGCO's registered agent, Corporation Service Company, in Wisconsin by personal service.

4. Pursuant to 28 U.S.C. § 1446(a), attached hereto as consecutive exhibits are true and correct copies of all process, pleadings, and orders in the State Court Action:

Ex. 1: Electronic Filing Notice
Ex. 2: Summons and Complaint
Ex. 3: Amended Summons and Amended Complaint
Ex. 4: Affidavit of Service of Summons and Complaint and Amended Summons and Amended Complaint on Ziegler CAT (September 17, 2026)
Ex. 5: Affidavit of Service on AGCO Corporation (September 18, 2026)
Ex. 6: Notice of Appearance (September 28, 2026)
Ex. 7: Notice of Appearance (October 16, 2026)
Ex. 8: State Court Docket Sheet

5. This Notice is filed with the Court within 30 days after receipt by AGCO of the initial pleadings, through service or otherwise, in accordance with 28 U.S.C. § 1446(b)(1).

6. This case is removable pursuant to 28 U.S.C. § 1441 because the United States District Court has original jurisdiction over this case by reason of diversity of citizenship pursuant to 28 U.S.C. § 1332(a).

7. Plaintiff Lauritsen Firewood & Rental, Inc. is alleged in the Complaint to be a corporation whose "primary place of business is in Cushing, WI, located in Polk County, WI." *See* Pl.'s Am. Compl., ¶ 1. Plaintiff is a close domestic corporation organized and existing under the laws of the State of Wisconsin, registered with the Wisconsin Department of Financial Institutions under Entity ID L026047 with a registered effective date of November 12, 1990, and its principal office is located at 2606 250th Ave., Cushing, Wisconsin 54006. Plaintiff is therefore a citizen of Wisconsin for diversity of citizenship purposes.

8. Defendant Ziegler, Inc. is named in the Amended Complaint as "Ziegler CAT." Upon information and belief, "Ziegler CAT" is a trade name and not a legal entity, and the correct legal name of this Defendant is Ziegler, Inc. Ziegler, Inc. is a corporation organized and existing under the laws of the State of Minnesota with its principal place of business in Minnesota. Ziegler, Inc. is thus a citizen of Minnesota for diversity of citizenship purposes. The Complaint identifies this Defendant at an address of 901 West 94th Street, Minneapolis, Minnesota 55420-4236. *See* Pl.'s Am. Compl., ¶ 2. AGCO refers to this Defendant herein by its correct legal name, Ziegler, Inc., solely for purposes of identifying the party and establishing the citizenship of the parties for diversity purposes.

9. AGCO is a corporation organized and existing under the laws of the State of Delaware with its principal place of business in Duluth, Georgia. *See* Pl.'s Am. Compl., Caption. AGCO is thus a citizen of Delaware and Georgia for diversity of citizenship purposes. *See* 28 U.S.C. § 1332(c)(1).

10. Accordingly, there is complete diversity of citizenship. Plaintiff is a citizen of Wisconsin. No Defendant is a citizen of Wisconsin: Ziegler, Inc. is a citizen of Minnesota, and AGCO is a citizen of Delaware and Georgia.

11. The allegations set forth in Plaintiff's Amended Complaint satisfy the required jurisdictional amount of $75,000, exclusive of interest and costs. Plaintiff alleges that it sustained damages "in excess of $240,000.00" on each of its seven causes of action, and its prayer for relief requests compensatory damages "in excess of $240,000.00," together with costs, disbursements, and interest. *See* Pl.'s Am. Compl., ¶¶ 33, 39, 46, 54, 61, 68, 81 and Prayer for Relief. The amount in controversy therefore exceeds the $75,000 jurisdictional threshold under 28 U.S.C. § 1332(a).

12. Because there is complete diversity of citizenship between Plaintiff, on the one hand, and Ziegler, Inc. and AGCO, on the other, and because the amount in controversy exceeds the jurisdictional amount of $75,000, exclusive of interest and costs, this Court has original jurisdiction over this matter pursuant to 28 U.S.C. § 1332.

13. Venue is proper in this Court pursuant to 28 U.S.C. § 1441(a) because the Circuit Court of Polk County, Wisconsin, where the State Court Action is pending, is located within the Western District of Wisconsin. 28 U.S.C. § 130(b).

14. Defendant Ziegler, which the state court docket reflects was served with the Summons and Complaint and the Amended Summons and Amended Complaint on September 17, 2026, and on whose behalf counsel appeared in the State Court Action on September 28, 2026, has been properly joined and served, and consents to this removal as required by 28 U.S.C. § 1446(b)(2)(A). *See* Exhibit 9.

15. Nothing in this Notice of Removal shall be construed as an admission of any allegation in the Amended Complaint, and AGCO expressly reserves all defenses, objections, and rights.

16. AGCO will promptly file a copy of this Notice of Removal with the Clerk of the Circuit Court of Polk County, Wisconsin, and will give written notice of the filing of this Notice of Removal, along with a copy of this Notice, to all counsel of record in the State Court Action as required by 28 U.S.C. § 1446(d).

WHEREFORE, AGCO respectfully requests that the State Court Action be removed from the Circuit Court of Polk County, Wisconsin, to this Court, and proceed in this Court as an action properly removed thereto.

Respectfully submitted this 19th day of October 2026.

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

*/s/ Jake Carroll*
Jake Carroll, Esq.
*Admitted to Practice in this Court*
jake.carroll@nelsonmullins.com
201 17th Street NW, Suite 1700
Atlanta, Georgia 30363
Telephone: (404) 322-6000
Fax: (404) 322-6050

Jennifer L. Bullard, Esq.
WI Bar Number 1096119
jennifer.bullard@nelsonmullins.com
1600 Utica Ave S., Suite 600
Minneapolis, MN 55416
Telephone: (612) 464-4500
Fax: (612) 255-0739

**COUNSEL FOR DEFENDANT AGCO CORPORATION**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| **LAURITSEN FIREWOOD & RENTAL, INC.,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**ZIEGLER, INC. (improperly named in the Complaint as "ZIEGLER CAT") and AGCO CORPORATION,**<br><br>**Defendants.** | **CIVIL ACTION FILE NO.**<br><br>__________________ |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 19, 2026, I served a true and correct copy of the foregoing Notice of Removal on counsel for Plaintiff and counsel for Defendant Ziegler, Inc., via electronic means:

Andrew M. Nelson
Nelson & Lindquist, S.C.
600 Third Street
Hudson, WI 54016
drew@nelsonlindquist.com

Ryan C. Ellis
Lind, Jensen, Sullivan & Peterson, P.A.
901 Marquette Avenue South, Suite 1900
Minneapolis, MN 55402
Ryan.Ellis@lindjensen.com

This 19th day of October 2026.

*/s/ Jake Carroll*
Jake Carroll